July 31, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ALICE M. WOOD AND DANIEL L. WOOD, Appellants

NO. 14-13-00389-CV                      V.

HSBC BANK USA, N.A. AND OCWEN LOAN SERVICING, L.L.C., Appellees

_____

This cause, an appeal from the summary judgment in favor of appellees, HSBC Bank USA, N.A. and Ocwen Loan Servicing, L.L.C., signed April 4, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the summary judgment. We order the summary judgment of the court below **AFFIRMED**.

We order appellants, Alice M. Wood and Daniel L. Wood, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.